Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GAVIDIA,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No. CV 08 0823<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1 and Local Rule 3-16 Standard Insurance Company makes the following disclosures:

Standard Insurance Company is not a publicly traded corporation. Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a publicly traded corporation. No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the litigation.

SFI-577693v1

Standard's Corporate Disclosure Statement

1  Dated: February 5, 2008

Respectfully submitted,

Jones Day

By: /s/ Emily Booth
Emily Booth

Counsel for Defendant
STANDARD INSURANCE COMPANY