ORIGINAL

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8

FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

9            UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA

RS

12  JOHN R. GAVIDIA,                    CV 08      0823
13              Plaintiff,              Case No.
                                        PROOF OF SERVICE
14       v.
15  STANDARD INSURANCE COMPANY, a
    corporation; and DOES 1 through 30,
16  inclusive,
17              Defendant.

SFI-578098v1                                          PROOF OF SERVICE

## PROOF OF SERVICE

I, Ruth A. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 5, 2008, I served a copy of the within document(s):

**CIVIL CASE COVER SHEET;**

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441; and**

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Robert K. Scott, Esq.
D. Scott Mohney, Esq.
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618
Tel: (949) 753-4950
Fax: (949) 753-4949
Email: mail@robertkscott.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2008, at San Francisco, California.

_____
Ruth A. Chavez

SFI-578098v1

- 3 -

PROOF OF SERVICE