1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104-1500
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| **JOHN R. GAVIDIA,** | **Case No. 5:08-cv-0823-RS** |
| **Plaintiff,** | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **v.** | |
| **STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,** | Date:     May 28, 2008<br>Time:     2:30 pm<br>Judge:    Richard Seeborg |
| **Defendant.** | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 20, 2008                    Jones Day


                                            By:    /s/ Emily E. Booth
                                                   Emily E. Booth

                                            Counsel for Defendant
                                            STANDARD INSURANCE COMPANY

SFI-578699v1