**\*E-FILED\***
**May 27, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GAVIDIA, | No. C 08-00823 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference set for **May 28, 2008 at 2:30 p.m.** will be conducted telephonically.   The parties shall contact--<u>immediately</u>--Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: May 27, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
           Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Emily Elaine Booth    ebooth@jonesday.com, lfrancegorn@jonesday.com

3 Shawn Hanson    shanson@jonesday.com, lfrancegorn@jonesday.com

4 Katherine Salo Ritchey    ksritchey@jonesday.com, rchavez@jonesday.com

5 Robert Kennedy Scott    mail@robertkscott.com

7 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

9 Dated: May 27, 2008