UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: <u>NOT REPORTED</u>   DATE: <u>5/28/08</u>
COURTROOM DEPUTY: <u>MARTHA PARKER BROWN</u>
　　　　　　　　　　　　　　　　　　　　　　CASE #: <u>C 08-00823 RS</u>

CASE TITLE: <u>JOHN R. GAVIDIA</u>   VS.   <u>STANDARD INSURANCE COMPANY</u>

**Appearances for Plaintiff(s)**　　　　　**Appearances for Defendant(s)**

<u>SCOTT D. MOHNEY</u>　　　　　　　<u>KATHERINE S. RITCHEY</u>

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} TELEPHONIC CMC   { } MOTIONS LISTED BELOW:

<u>Pltf.</u>　<u>Deft.</u>　<u>Cross Mot.</u>
{ }　{ }　{ }　1.
{ }　{ }　{ }　2.
{ }　{ }　{ }　3.
{ }　{ }　{ }　4.

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[ ] SETTLED　　[ ] NOT SETTLED　[ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED　　[ ] DENIED　　[ ] SUBMITTED　　[ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)** { } Cont'd to: 　　　　 @ 　　　　 For

**ORDER TO BE PREPARED BY:**　[ ]PLTF;　[ ]DEFT;　[ ]COURT
Additional Comments:

<u>CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER</u>

HOURS IN SETTLEMENT: 　　　　Copies to: