Robert K. Scott, Esq., #67466
D. Scott Mohney, Esq., 124426
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Ste 605
Irvine, California 92618
Telephone: (949) 753-4950
Facsimile: (949) 753-4949

Attorneys for Plaintiff,
JOHN R. GAVIDIA

FILED 2008 MAY 30 PM 2:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RECEIVED 2008 MAY 30 P 2:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GAVIDIA,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No: C08-00823 RS<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE<br><br>**BY FAX**<br><br>Judge: Richard Seeborg<br>Dept.: Courtroom 4 |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 29, 2008

LAW OFFICES OF ROBERT K. SCOTT

By: D. Scott Mohney,
Attorneys for plaintiff,
JOHN R. GAVIDIA

- 1 -

Consent to Proceed Before a United States Magistrate Judge

PROOF OF SERVICE - 11013a, 2015.5 C.C.P.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 7700 Irvine Center Drive, Ste. 605, Irvine, California 92618.

On May 29, 2008, I served **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in said action as follows:

| Shawn Hanson, Esq.<br>Katherine S. Ritchey, Esq.<br>Emily E. Booth, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br><br>(415) 626-3939<br>(415) 875-5700 (facsimile) | Attorneys for Defendant<br>STANDARD INSURANCE COMPANY |
|---|---|

[ ] BY FACSIMILE: I personally served this document by facsimile with confirmation of its completed transmission.

[X] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY HAND DELIVERY. I caused such documents to be personally served by D.D.S. Attorney, Copy, Messenger Service.

[ ] STATE I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[X] FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 29, 2008, at Irvine, California.

Martha V. Ramirez