United States District Court
For the Northern District of California

*E-FILED 10/22/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GAVIDIA, | No. C 08-00823 RS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

At the request of plaintiff,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: October 22, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Emily Elaine Booth     ebooth@jonesday.com, lfrancegorn@jonesday.com

Katherine Salo Ritchey     ksritchey@jonesday.com, rchavez@jonesday.com

Robert Kennedy Scott     mail@robertkscott.com

Shawn Hanson     shanson@jonesday.com, lfrancegorn@jonesday.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 22, 2008

                                      /s/ BAK
                                  Chambers of Magistrate Judge Richard Seeborg